# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRIS BENOIT, | ) |
|       Plaintiff, | ) |
|       v. | ) Civil Action No. 11-37 Erie |
| _____, | ) |
|       Defendant. | ) |

## MEMORANDUM ORDER

This action was received by the Clerk of Court on February 14, 2011 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on March 11, 2011 [ECF No. 5], recommended that the Plaintiff's case be dismissed for failure to prosecute. Plaintiff was allowed fourteen (14) days from the date of service to file objections to the Report and Recommendation and service was made on Plaintiff by certified mail. Plaintiff filed objections on March 15, 2011 [ECF No. 6].

Liberally construing the Plaintiff's arguments, this Court is of the view that the Plaintiff is claiming that he did not receive the Pro Se Package mailed to him on December 21, 2010, and again on February 16, 2011. See Docket Entries dated December 21, 2010 and February 16, 2011. Plaintiff was ordered by the Magistrate Judge to file a complaint on or before March 4, 2011 and warned that failure to do so would result in dismissal of his action for failure to prosecute. See Order entered February 15, 2011. Plaintiff did not file a complaint as directed; instead, he forwarded a group of partially completed documents to the Clerk of Courts on February 23, 2011. ECF No. 4. In his objections, the Plaintiff states "[p]lease consider this my official complaint and please advise if this is not sufficient." ECF No. 6. However, none of

1

these documents can be properly characterized as a complaint. In light of the Plaintiff's pro se status, he will be given a final opportunity to comply with this Court's order.

AND NOW, this 1st day of April, 2011, after <u>de novo</u> review of the documents in the case, together with the Report and Recommendation and the objections thereto, it is hereby ORDERED that the Clerk of Courts shall, on the date of this Court's Order, forward to the Plaintiff a third Pro Se Package for completion. The Plaintiff is hereby ORDERED to file a complaint <u>pursuant to the guidelines included in the package</u> on or before April 20, 2011 or the Court will dismiss this matter with prejudice for the Plaintiff's failure to prosecute as recommended by the Magistrate Judge in her Report and Recommendation dated March 11, 2011. ECF No. 5.

                                                                                                            s/ Sean J. McLaughlin
                                                                                                            United States District Judge

cm:    All parties of record
          Susan Paradise Baxter, U.S. Magistrate Judge